GUY CATLIN, petitioner *vs.* HEMAN LOWRY, petitionee.

That the Court will grant a new trial, on terms, where a good defence appears, though not made in strict season; said defence depending upon the result of a controversy with a third person.

HUTCHINSON, J. This was a petition for a new trial, presented to this Court under a rule entered into by said *Lowry*, at the term of this Court in 1829.* *Lowry* then had leave to amend the record of a judgment of this Court, rendered several years since, so as to include the amount of a judgement of the county court, omitted by mistake, on his entering into a rule, that said *Catlin* might prefer his petition, at this term, for a new trial in the original action, notwithstanding the statute of limitations had run against such petition.

On the hearing of this petition, it was made to appear to this Court, that *Lowry's* original action was brought upon a receipt for property, which *Lowry*, as sheriff had attached as the property of *Nathaniel Blood* and *Nathaniel Blood, jun.* and which receipt said *Catlin* had signed in behalf of said *Nathaniel* and *Nathaniel, jun.*; also, that one *Joseph Barney* had laid a claim for the same property, saying it belonged to him, and not to said *Nathaniel* and *Nathaniel, jun.*, and had brought his action against the said *Catlin* for the same property, and had recovered of him its value. This judgement of *Barney* had been paid by said *Catlin*.

These matters thus appearing, should said *Lowry* collect his judgement as amended last term, it would be a dead loss to said *Catlin*. The new trial prayed for was granted on terms, that said *Catlin* pay all the cost of said *Lowry's* action to this time, and take no back cost should he recover. Said *Lowry* has leave also to discontinue his suit at the present term without cost, if he shall now elect so to do.

*Adams*, for *Catlin*.
*Thompson*, for *Lowry*.

* See page 365.
AAA